IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 FEB -3 PM 3: 45

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| NETASHA SHAW,<br>          PLAINTIFF, | §<br>§<br>§ | |
| V. | § | 1:19-CV-071-LY |
| REVOLUTION FOODS,<br>          DEFENDANT. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this same date, the court granted the parties' Agreed Motion for Dismissal with Prejudice (Doc. #14). Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___3rd___ day of February, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE